IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   13-145-MJ |
| | * |
| | * |
| LEONARDO ALMONTE-RAMIREZ | * |
| | * |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant.

Respectfully submitted,

Dated:  December 18, 2013

/s/ Charles A. Bookman
Bookman & Al-Marayati
802 Main Street
Melrose, MA 02176
(781) 712-0007
NH BAR# 11399

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Appearance was this day served upon all counsel of record by electronic notification.

Dated:  December 18, 2013

/s/ Charles A. Bookman
Bookman & Al-Marayati