IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *     13-145-MJ |
| | * |
| | * |
| LEONARDO ALMONTE-RAMIREZ | * |
| | * |

ASSENTED TO MOTION TO CONTINUE INITIAL APPEARANCE

    Now comes, the defendant who requests that his initial appearance currently scheduled for December 19, 2013 at 2:15 P.M. be continued.  Defendant's counsel is unavailable the entire day of the 19th due to a family medical matter.  AUSA Abramson assents to this Motion.

Respectfully submitted,

Dated:  December 18, 2013

/s/ Charles A. Bookman
Bookman & Al-Marayati
802 Main Street
Melrose, MA 02176
(781) 712-0007
NH BAR# 11399

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the within Motion was this day served upon all counsel of record by electronic notification.

Dated:  December 18, 2013

/s/ Charles A. Bookman
Bookman & Al-Marayati