IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 14 2014

FILED

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | 13-145-MJ |
| | * | |
| | * | |
| LEONARDO ALMONTE-RAMIREZ | * | |
| | * | |

## WAIVER OF SPEEDY TRIAL FOR THE PURPOSE OF CONTINUING THE INITIAL APPEARANCE

Now comes, the defendant who waives speedy trial for the purpose of having previously continued his initial appearance to today's date.

_/s/ Leonardo Almonte-Ramirez_
Leonardo Almonte-Ramirez

Dated: January 14, 2014