AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2013 DEC 13 PM 3 08

| | |
|---|---|
| United States of America<br>v.<br><br>Leonardo Almonte-Ramirez<br>_Defendant_ | )<br>)<br>)   Case No. 13mj145-01-LM<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Leonardo Almonte-Ramirez  ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute controlled substances

Date: 12-13-13

_Issuing officer's signature_

City and state:   Concord, New Hampshire            Landya B. McCafferty, United States Magistrate Judge
_Printed name and title_

2014 JAN 16 A 8:56 U.S. DISTRICT COURT DISTRICT OF N.H. FILED

---

### Return

This warrant was received on _(date)_ 12/13/13, and the person was arrested on _(date)_ 01/14/14
at _(city and state)_ Concord, NH.

Date: 01/14/14

_Arresting officer's signature_

Joseph A. Vetanze  DUSM #30171
_Printed name and title_