UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 13-CR-_____ |
| v. ) | |
| ) | |
| LEONARDO ALMONTE-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

**[21 U.S.C. §§ 841(a)(1) – Possession of Cocaine Base ("Crack") With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess cocaine base ("crack"), a Schedule II controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT TWO

**[21 U.S.C. §§ 841(a)(1) – Possession of Cocaine With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess cocaine, a Schedule II controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT THREE

**[21 U.S.C. §§ 841(a)(1) – Possession of Heroin With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess heroin, a Schedule I controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

Dated: February 19, 2014

/s/ Foreperson
FOREPERSON

JOHN P. KACAVAS
United States Attorney

By:   /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney