IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:14-cr-00021-JL |
| LEONARDO ALMONTE-RAMIREZ | |

### WAIVER OF SPEEDY TRIAL FOR THE PURPOSE OF CONTINUING TRIAL

Now comes, the defendant who waives speedy trial for the purpose of having his April 1 2014 trial continued pursuant to the previously filed Motion to Continue.

Leonardo Almonte-Ramirez

Dated: March 18, 2014