UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:14-cr-00021-JL |
| ) | |
| v. ) | |
| ) | |
| LEONARDO ALMONTE-RAMIREZ ) | |

JOINT STIPULATION OF THE PARTIES
REGARDING THE SPEEDY TRIAL ACT

On March 20, 2014, the Court requested that the parties file a Joint Speedy Trial Act Stipulation setting forth: (a) the applicable periods of elapsed time; and (b) the applicable periods of excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  The parties hereby agree as follows:

1. The Speedy Trial clock began with the defendant's arraignment on March 18, 2014, 18 U.S.C. § 3161(c)(1);

2. Because the defendant filed a motion to continue the trial of this case on March 14, 2014, and therefore stopped the Speedy Trial clock before it began, 0 non-excludable days have elapsed, 18 U.S.C. §3161(h)(1)(D);

3. The Court has scheduled jury selection for June 17, 2014, pursuant to the defendant's Assented-To Motion to Continue.  Accordingly, the Speedy Trial clock will remain stopped until June 16, 2014 (the day prior to jury selection), 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

4. In light of the above, 70 days remain on the Speedy Trial clock.

1

Respectfully submitted,

                                              JOHN P. KACAVAS
                                              United States Attorney

                            By:     /s/ Nick Abramson
                                              Nick Abramson
                                              Assistant U.S. Attorney
                                              Massachusetts Bar # 672267
                                              53 Pleasant Street, 4th Floor
                                              Concord, New Hampshire 03301
Dated: March 24, 2014                    Nick.Abramson@usdoj.gov


                                              /s/ Charles A. Bookman
                                              Bookman & Al-Marayati
                                              802 Main Street
                                              Melrose, MA 02176
                                              (781) 712-0007
                                              NH BAR# 11399

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2014, a copy of the Joint STA Stipulation was electronically served upon Charles Bookman, Esq., counsel for the defendant.

                                                 /s/ Nick Abramson_____
                                                 Nick Abramson
                                                 Assistant U.S. Attorney