AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2014 FEB 20 AM 10 58

2014 MAR 19 A 8:4[?]
DISTRICT COURT
DISTRICT OF N.H.
FILED

United States of America
v.

Leonardo Almonte-Ramirez

*Defendant*

Case No. 14cr21-01-JL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leonardo Almonte-Ramirez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute controlled substances

Date: 2/20/2014

*Kathy DuPont*
*Issuing officer's signature*

City and state: Concord, New Hampshire

*Kathy DuPont, Deputy Clerk*
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/20/14 , and the person was arrested on *(date)* ___ at *(city and state)* ___ . |
| Date: 03/18/14 |

*Arresting officer's signature*

C. Deaton  C/DUSM
*Printed name and title*