UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

Criminal No. 14-cr-21-01-JL

v.

Leonardo Almonte-Ramirez

O R D E R

The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted in part.  The continuance is limited to 30 days; Final Pretrial is rescheduled to July 1, 2014 at 10:00 AM; Trial is continued to the two-week period beginning July 8, 2014, 09:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: June 5, 2014

cc:  Charles Bookamn, Esq.
     Nick Abramson, Esq.
     U.S. Marshal
     U.S. Probation