I, Leonardo Almonte-Ramirez, waive my right to a speedy trial for the purpose of continuing my June 17, 2014 trial.

*Leonardo Almonte Ramirez*
6/3/14

Bar # 632021

2014 JUN -9 A 11: 56
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED