UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                          No. 14-CR-21-JL

LEONARDO ALMONTE-RAMIREZ
_____

PETITION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee: LINDSEY PROULX

2. Detained by: HILLSBOROUGH COUNTY HOUSE OF CORRECTION

3. Detainee is charged in the district by
( ) Indictment      ( ) Information      ( ) Complaint

OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on July 8, 2014 at 9:30 for trial in the above-captioned case.

Date: June 27, 2014                         /s/ Nick Abramson
                                             Nick Abramson
                                             Assistant U.S. Attorney

WRIT OF HABEAS CORPUS

( ) Ad Prosequendum                    ( X) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:                                        _____
                                             Deputy Clerk