UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.  1:14-cr-00021-JL |
| | ) | |
| **LEONARDO ALMONTE-RAMIREZ** | ) | |

## WITNESS LIST OF THE UNITED STATES FOR TRIAL ON JULY 8, 2014

The United States of America, by John P. Kacavas, hereby offers the following list of potential witnesses that may be called at the trial of Leonardo Almonte-Ramirez, scheduled for July 8, 2014.

Det. Matthew DiFava
Nashua, New Hampshire Police Department

Lindsey Proulx
Nashua, New Hampshire

Officer Ross Desmet
Nashua, New Hampshire Police Department

Officer Guido Marchianda
Nashua, New Hampshire Police Department

Officer John Yurcak
Nashua, New Hampshire Police Department

Travis Sanborn
Nashua, New Hampshire

Patrick Broderick
Task Force Officer, DEA

Adalberto Garcia
Nashua, New Hampshire Police Department

Patrick Keough
Criminalist, New Hampshire State Police

Det. Phil Costa
Nashua, New Hampshire Police Department

Det. Andrew Hagan
Nashua, New Hampshire Police Department

Date: July 1, 2014               Respectfully submitted,

                                 JOHN P. KACAVAS
                                 United States Attorney


                                 /s/ Seth Aframe
                                 Seth Aframe
                                 Assistant U.S. Attorney
                                 Massachusetts Bar # 643288
                                 United States Attorney's Office
                                 53 Pleasant Street, 4th Floor
                                 Concord, New Hampshire 03301
                                 (603) 225-1552
                                 Seth.Aframe@usdoj.gov

                                 /s/ Nick Abramson
                                 Nick Abramson
                                 Assistant United States Attorney
                                 Massachusetts Bar # 672267
                                 United States Attorney's Office
                                 53 Pleasant Street, 4th Floor
                                 Concord, New Hampshire 03301
                                 (603) 225-1552
                                 Nick.Abramson@usdoj.gov