IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

      v.              Cr. No.:   1:14-cr-21-JL

Leonardo Almonte-Ramirez

## APPEARANCE

Enter my appearance as co-counsel for the United States in the above-entitled case.

Respectfully submitted,

John P. Kacavas
United States Attorney

By: /s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
MA Bar No. 643288
53 Pleasant Street, 4th FL
Concord, NH   03301
(603) 225-1552

Date: July 3, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been forwarded via ECF to Charles Bookman, Esq., counsel for defendant.

/s/ Seth R. Aframe
Seth R. Aframe, AUSA