UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.  1:14-cr-00021-JL |
| | ) | |
| **LEONARDO ALMONTE-RAMIREZ** | ) | |

## AMENDED WITNESS LIST OF THE UNITED STATES FOR TRIAL ON JULY 8, 2014

The United States of America, by John P. Kacavas, hereby offers the following list of potential witnesses that may be called at the trial of Leonardo Almonte-Ramirez, scheduled for July 8, 2014.

Det. Matthew DiFava
Nashua, New Hampshire Police Department

Lindsey Proulx
Nashua, New Hampshire

Officer Ross Desmet
Nashua, New Hampshire Police Department

Officer Guido Marchianda
Nashua, New Hampshire Police Department

Officer John Yurcak
Nashua, New Hampshire Police Department

Travis Sanborn
Nashua, New Hampshire

Patrick Broderick
Task Force Officer, DEA

Adalberto Garcia
Nashua, New Hampshire Police Department

Patrick Keough
Criminalist, New Hampshire State Police

Det. Phil Costa
Nashua, New Hampshire Police Department

Det. Andrew Hagan
Nashua, New Hampshire Police Department

Det. Scott Hudon
Nashua, New Hampshire Police Department

Date: July 7, 2014    Respectfully submitted,

JOHN P. KACAVAS
United States Attorney


/s/ Seth Aframe
Seth Aframe
Assistant U.S. Attorney
Massachusetts Bar # 643288
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Seth.Aframe@usdoj.gov

/s/ Nick Abramson
Nick Abramson
Assistant United States Attorney
Massachusetts Bar # 672267
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Nick.Abramson@usdoj.gov