IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:14-cr-00021-JL |
| | * | |
| | * | |
| LEONARDO ALMONTE-RAMIREZ | * | |
| | * | |

DEFENDANT'S SUPPLEMENTAL PROPOSED QUESTIONS FOR PROSPECTIVE JURORS

1. Do you now or does anyone close to you have problems with addiction either now or in the past?

2. Does the fact that the defendant is of Hispanic origin or the fact that he is using an interpreter influence your feelings toward him?

These questions are proposed so that the defendant receives the benefit of a fair and impartial jury conferred to him by the United States Constitution.

Respectfully submitted,

Dated:  July 7, 2014

/s/ Charles A. Bookman
Bookman & Al-Marayati
802 Main Street
Melrose, MA 02176
(781) 712-0007
NH BAR# 11399
chuck@bookmanlaw.net

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Motion was this day served upon all counsel of record by electronic notification.

Dated:  March 14, 2014

/s/ Charles A. Bookman
Bookman & Al-Marayati