IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


UNITED STATES OF AMERICA                        *
                                                *
        v.                                      *        1:14-cr-00021-JL
                                                *
                                                *
LEONARDO ALMONTE-RAMIREZ                         *
_____             *


## DEFENDANT'S PROPOSED LIMITING INSTRUCTION


You have heard evidence that the defendant handed cocaine to Lindsey Proulx on May 9,

2013.  This evidence is being offered and may be considered for the purpose of showing

the defendant's state of mind at the time.  This is not the alleged cocaine that the

defendant is charged with possessing, and you should not convict him of any of the

charged offenses for possessing it.  You should treat this evidence in all other respects

like any other evidence to determine the defendant's knowledge or intent to commit the

charged offenses.  You are free to believe it fully, in part, or not at all and you may

consider it in deciding whether  the defendant possessed with the intent to distribute the

various drugs allegedly found in the Jeep Cherokee, which are the offenses charged in the

Indictment.


                                                Respectfully submitted,


Dated:  July 7, 2014                            /s/ Charles A. Bookman
                                                Bookman & Al-Marayati
                                                802 Main Street
                                                Melrose, MA 02176
                                                (781) 712-0007

NH BAR# 11399
chuck@bookmanlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Motion was this day
served upon all counsel of record by electronic notification.

Dated:  July 7, 2014

/s/ Charles A. Bookman
Bookman & Al-Marayati