UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

_____

UNITED STATES OF AMERICA,
    Plaintiff

v.                                                              CASE NO.: 1:14-cr-00021-JL

LEONARDO ALMONTE-RAMIREZ,
    Defendant
_____

NOTICE OF APPEARANCE

I, William R. Sullivan, Jr., do hereby enter my notice of appearance on behalf of the Defendant, Leonardo Almonte-Ramirez, with regard to the above-captioned matter.

Date:   August 19, 2014                   Respectfully submitted,

                                                        /s/ William R. Sullivan, Jr.
                                                        William R. Sullivan, Jr.
                                                        SULLIVAN & SULLIVAN
                                                        25 Railroad Square, Suite 405
                                                        Haverhill, MA 01832
                                                        (978) 521-6801
                                                        BBO #: 556231

CERTIFICATE OF SERVICE

I, William R. Sullivan, Jr., do hereby certify that the above Notice of Appearance has on this 19th day of August, 2014 been served on all parties or their attorneys of record via electronic filing.

                                                        /s/ William R. Sullivan, Jr.
                                                        William R. Sullivan, Jr.