UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)                    1:14-cr-00021-JL
)
v. )
)
LEONARDO ALMONTE-RAMIREZ )

JOINT STIPULATION OF THE PARTIES
REGARDING THE SPEEDY TRIAL ACT

On August 20, 2014, the Court requested that the parties file a Joint Speedy Trial Act

Stipulation setting forth: (a) the applicable periods of elapsed time; and (b) the applicable periods

of excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.  The parties hereby

agree as follows:

1.  The Speedy Trial clock began with the defendant's arraignment on March 18, 2014, 18

    U.S.C. § 3161(c)(1);

2.  The defendant filed a motion to continue the trial of this case on March 14, 2014, which

    stopped the Speedy Trial clock, 18 U.S.C. § 3161(h)(1)(D);

3.  The Court granted the motion to continue on March 20, 2014, and scheduled jury

    selection for June 17, 2014;

4.  The defendant filed a motion to continue the trial of this case on June 4, 2014, which

    continued the stoppage of the Speedy Trial clock, 18 U.S.C. § 3161(h)(1)(D);

5.  The Court granted the motion to continue on June 5, 2014, and scheduled jury selection

    for July 8, 2014;

6.  On the day of trial, July 8, 2014, the defendant terminated his retained counsel and moved for a continuance, which continued the stoppage of the Speedy Trial clock, 18 U.S.C. § 3161(h)(1)(D);

7.  The Court granted the motion to continue, and scheduled jury selection for September 3, 2014;

8.  The defendant, having retained new counsel, filed a motion to continue the trial of this case on August 19, 2014, which continued the stoppage of the Speedy Trial clock, 18 U.S.C. § 3161(h)(1)(D);

9.  The Court granted the motion to continue on August 20, 2014, and scheduled jury selection for November 4, 2014.  Accordingly, the Speedy Trial clock will remain stopped until November 3, 2014 (the day prior to jury selection), 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

10. In light of the above, 70 days remain on the Speedy Trial clock.

                    Respectfully submitted,

                    JOHN P. KACAVAS
                    United States Attorney

         By:    /s/ Nick Abramson_____
                    Nick Abramson
                    Assistant U.S. Attorney
                    Massachusetts Bar # 672267
                    53 Pleasant Street, 4th Floor
                    Concord, New Hampshire 03301
Dated: August 25, 2014        Nick.Abramson@usdoj.gov

                    /s/ Bill Sullivan_____
                    Sullivan & Sullivan
                    25 Railroad Square
                    Haverhill, MA 01832
                    (978) 521-6801

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 25th day of August, 2014, a copy of the Joint STA Stipulation was electronically served upon Bill Sullivan, Esq., counsel for the defendant.

/s/ Nick Abramson_____

Nick Abramson
Assistant U.S. Attorney