UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 14-cr-00021-JL |
| v. ) | |
| ) | |
| LEONARDO ALMONTE-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FIRST SUPERSEDING INDICTMENT**

**The Grand Jury charges:**

**COUNT ONE**

**[21 U.S.C. § 841(a)(1) – Possession of Cocaine Base ("Crack") With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess cocaine base ("crack"), a Schedule II controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT TWO

**[21 U.S.C. § 841(a)(1) – Possession of Cocaine With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess cocaine, a Schedule II controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT THREE

**[21 U.S.C. § 841(a)(1) – Possession of Heroin With Intent to Distribute]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully possess heroin, a Schedule I controlled substance, with the intention of distributing it.

In violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT FOUR

**[21 U.S.C. § 841(a)(1) – Distribution of Cocaine]**

On or about May 9, 2013, in the District of New Hampshire, the defendant,

**LEONARDO ALMONTE-RAMIREZ,**

did knowingly, intentionally, and unlawfully distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                                                A TRUE BILL

Dated: August 20, 2014

                                                /s/ Foreperson
                                                FOREPERSON

                                                JOHN P. KACAVAS
                                                United States Attorney

                    By:    /s/ Nick Abramson
                            Nick Abramson
                            Assistant U.S. Attorney