UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  1:14-cr-21-JL |
| | ) | |
| | ) | |
| LEONARDO ALMONTE-RAMIREZ | ) | |
| _____ | | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 20th day of August, 2014.

This 20th day of August, 2014.

JOHN P. KACAVAS
United States Attorney


By:  /s/  Nick Abramson
Nick Abramson
Assistant U.S. Attorney


WARRANT ISSUED:  _____