UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 29 2014

**FILED**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff | * <br> * <br> * <br> * |
| v. | *     CASE NO.: 1:14-cr-00021-JL <br> * |
| LEONARDO ALMONTE-RAMIREZ,<br>     Defendant | * <br> * <br> * |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Now comes the Defendant in the above-captioned matter, Leonardo Almonte-Ramirez, and respectfully waives his right to be present at his arraignment in the above-captioned matter and enters a plea of not guilty.

Date: 8/28/14

Respectfully submitted,

Leonardo Almonte-Ramirez

## CERTIFICATE OF SERVICE

I, William R. Sullivan, Jr., do hereby certify that a copy of the above Waiver of Appearance at Arraignment has on this 28th day of August, 2014 been served on Nick Abramson, AUSA at the United States Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301 via first class mail, postage prepaid.

Approved. 8/29/14

William R. Sullivan, Jr.