UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>LEONARDO ALMONTE-RAMIREZ,<br>Defendant | CASE NO.: 1:14-cr-00021-JL |

2014 SEP -2 ⊃ 12: 09

## WAIVER OF SPEEDY TRIAL RIGHTS

Now comes the Defendant in the above-captioned matter, Leonardo Almonte-Ramirez, and respectfully waives his rights to a speedy trial in the above-captioned matter.

Date: 8/23/14

Respectfully submitted,

_____
Leonardo Almonte-Ramirez

## CERTIFICATE OF SERVICE

I, William R. Sullivan, Jr., do hereby certify that a copy of the above Waiver of Speedy Trial has on this 27th day of August, 2014 been served on Nick Abramson, AUSA at the United States Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301 via first class mail, postage prepaid.

_____
William R. Sullivan, Jr.