AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2014 AUG 26 PM 12 42

United States of America
v.

Leonardo Almonte-Ramirez

Defendant

Case No. 14-cr-21-01-JL

2014 SEP -2 PM 4:47
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leonardo Almonte-Ramirez                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute and distribution of controlled substances

Date: 8/25/2014

*Kathy DuPont*
*Issuing officer's signature*

City and state: Concord, New Hampshire

Kathy DuPont, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 08/26/14           , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: 09/02/14 _____         _____ *Arresting officer's signature*   _____ *Printed name and title* |

***RETURNED UNEXECUTED***WAIVED APPEARANCE***