UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) Docket # 1:14-cr-00021-JL |
|  | ) |
| V. | ) MOTION TO WITHDRAW |
|  | ) |
|  | ) CURRENT COUNSEL |
| LEONARDO ALMONTE-RAMIREZ | ) |
| Defendant-Pro-se | ) AND ASSIGN |
|  | ) |
|  | ) NEW COUNSEL |
|  | ) |

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 NOV 20  A 11: 34

NOW COMES Leonardo Almonte Ramirez-Pro-se pursuant to Federal Criminal Procedure Rule 44(a), Right to and appointment of counsel, hereby moves this Court to appoint replacement defense counsel. Current counsel William Sullivan Esq. has been directed by the defendant to withdraw as he and the defendant cannot establish a mutually acceptable approach to the case and cannot work together. The defendant does not have reasonable contact with Mr. Sullivan Esq. for an unreasonable amount of time and the defendant cannot get time with Mr. Sullivan Esq. to formulate a defense for the defendants' case. Mr. Sullivan does not return the defendants telephone calls.  This Court has jurisdiction and venue and this motion is submitted in a timely manner as a pretrial motion.

_____
Leonardo Almonte Ramirez
266 County Farm Road
Dover, New Hampshire 03820

Dated: October 16, 2014