UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                    DOCKET NO. 14-CR-00021-JL

LEONARDO ALMONTE-RAMIREZ

ASSENTED TO MOTION TO CONTINUE

   NOW COMES the defendant, Leonardo Almonte-Ramirez, by and through counsel, and hereby move this Court to continue his February 3, 2015, Trial for 60 days.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Trial on February 3, 2015, at 9:30 a.m.;

2. However, the undersigned counsel will be starting a trial at the Rockingham Superior Court on February 2, 2015, State v. S. Brooks, the defendant being charged with sexual assault. This trial is expected to last the entire week.

3. The undersigned counsel also has a trial beginning on January 26, 2015 at the Rockingham Superior Court, State v. G. Amnott, the defendant charged with aggravated felonious sexual assault. This trail is expected to last the entire week. Two trails scheduled on February 9, 2015, State v. J. Freeman at the Rockingham Superior Court and State v. E. Johnson at the Cheshire Superior Court.

4. The undersigned counsel is scheduled for CJA day at the U.S. District Court of Massachusetts on March 3, 2015 from 8:00 a.m. to 4:00 p.m.

5. In addition, the undersigned counsel also has prepaid vacation plans out of the State of New Hampshire from January 14 through the 19th, 2015, from February 19 through March 1, 2015, From April 2 through April 5, 2015 and from April 24 through May 3, 2015;

6. That Attorney Nick Abramson of the U. S. Attorney's Office has been contacted and assents to this Motion to Continue. Attorney Abramson informed the undersigned counsel the he also has a very heavy trial schedule during the months of February and March, 2015.

WHEREFORE, the defendant, Leonardo Almonte-Ramirez, respectfully requests that this Court grant this Assented to Motion to Continue this Trial for 60 days.

        Respectfully submitted
        Leonardo Almonte-Ramirez,
        By his Attorney,

Date:   January 12, 2015        /s/   Paul J. Garrity
        Paul J. Garrity
        Bar No. 905
        14 Londonderry Road
        Londonderry, NH 03053
        603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 12th day of January, 2015, a copy of the within Assented to Motion to Continue was emailed to all parties of record and mailed to Leonardo Almonte-Ramirez.

        /s/    Paul J. Garrity
        Paul J. Garrity