# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | 1:14-cr-00021-JL |
| **v.** | ) | |
| | ) | |
| **LEONARDO ALMONTE-RAMIREZ** | ) | |

## UNITED STATES' REPLY TO THE DEFENDANT'S MOTION TO CONTINUE THE TRIAL

The defendant has filed a motion to continue his trial, which is now scheduled for February 3, 2015, for 60 days. Counsel for the government presently has three trials scheduled for March (one on March 3, and two on March 17), all of which appear likely to try, and all of which have been previously continued on at least one occasion.[1] In light of that trial schedule, the government assented to the defendant's motion to continue the trial to April – however, should the Court be inclined to limit the continuance to 30 days, the government would prefer to have the trial as scheduled on February 3, 2015.

Dated: January 13, 2015                                    Respectfully submitted,

                                                           JOHN P. KACAVAS
                                                           United States Attorney

                                         By:     /s/ Nick Abramson_____
                                                 Nick Abramson
                                                 Assistant U.S. Attorney
                                                 Massachusetts Bar # 672267
                                                 53 Pleasant Street, 4th Floor
                                                 Concord, New Hampshire 03301
                                                 Nick.Abramson@usdoj.gov

---

[1] Counsel for the government also has a trial presently scheduled for jury selection on February 18, 2015, but it is unclear whether that will go to trial on that date.

1

/s/ Seth Aframe
Assistant U.S. Attorney
Massachusetts Bar Number 643288
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Seth.Aframe@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was electronically served upon Paul Garrity, Esq., counsel for the defendant.

/s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney