UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                        Case No. 14-cr-21-01-JL

v.

Leonardo Almonte-Ramirez

O R D E R

The assented to motion to reschedule jury trial (document no. 53) filed by defendant is granted. No further continuances without a showing of exceedingly good cause. The court holds defense counsel in very high regard and accepts his representations at face value. Future motions in other cases, however, should include an explanation (age of case, detained defendant, etc.) as to why matters schedule in state court should take precedence over matters scheduled in this court. Further, the court assumes that the US Attorney makes similar inquiries before assenting to such motions. Final Pretrial is rescheduled to March 26, 2015 at 11:00 AM; Trial is continued to the two-week period beginning April 7, 2015, 09:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: January 12, 2015

cc:    Paul Garrity, Esq.
        Nick Abramson, AUSA
        U.S. Marshal
        U.S. Probation