U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2015 JAN -14

I, Leonardo Almonte-Ramirez, hereby waive my right to a speedy trial.

Leonardo Almonte-Ramirez
1/11/15

I, Edwin Mosquera, hereby certify that I translated this waiver from English to Spanish.

Edwin Mosquera
1/11/15