UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                            DOCKET NO. 14-CR-00021-JL

LEONARDO ALMONTE-RAMIREZ

### ADDENDUM TO PLEA AGREEMENT

I, Edwin Mosquera, translated the plea agreement from English into Spanish for the defendant, Leonardo Almonte-Ramirez.

DATE: 3-21-15

_____
Edwin Mosquera

_____
Paul J. Garrity

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 23 day of March, 2015 a copy of the within Addendum to Plea Agreement has been e-filed to all parties on record and mailed, postage prepaid to Leonardo Almonte-Ramirez.

_____
Paul J. Garrity