Acknowledgment – Sentencing Options and Supervision Conditions

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
## District of New Hampshire

JUN 24 2015

**FILED**

UNITED STATES OF AMERICA

v.

## ACKNOWLEDGMENT

Leonardo Almonte-Ramirez
Defendant

Case Number: 14-CR-21-01-JL

I,  Leonardo Almonte-Ramirez  , acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 6/24/15

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE
### UNITED STATES V. LEONARDO ALMONTE-RAMIREZ
### DKT. 0102 1:14CR00021-001-JL

**TOTAL OFFENSE LEVEL**          21
**CRIMINAL HISTORY CATEGORY**    II

|  | **Statutory Provisions** | **Guideline Provisions** | **Plea Agreement Provisions** |
|---|---|---|---|
| **CUSTODY:** | Cts. 1- 4: 0 - 20 years | 41-51 months | Govt. to recommend the low end of the range (*non-binding*) |
| **SUPERVISED RELEASE:** | Cts. 1- 4: 3 years - life | 3 years | Not addressed |
| **PROBATION:** | 1 - 5 years | Ineligible | Not addressed |
| **FINE:** | Cts. 1 - 4: $1,000,000 | $7,500 - $4,000,000 | Not addressed |
| **RESTITUTION:** | Community Restitution | Community Restitution | Not addressed |
| **SPECIAL ASSESSMENT:** | $400 | $400 | $400 |

## SUPERVISION:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

> The defendant shall not illegally possess a controlled substance.

> The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

> Pursuant to 42 U.S.C. § 14135a, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.

**Almonte-Ramirez, Leonardo**                    **DKT. 0102 1:14CR00021-001-JL**

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervision.

In addition, the defendant shall comply with the following special conditions:

1. As directed by the probation officer, the defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also abstain from the use of alcoholic beverages and/or all other intoxicants during and after the course of treatment. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.

2. The defendant shall submit his person, residence, office, or vehicle to a search conducted by a U.S. probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion that contraband or evidence of a violation of a condition of release may exist; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Respectfully submitted,

Jonathan E. Hurtig
Chief U.S. Probation Officer

By:     /s/Scott M. Davidson
        Scott M. Davidson
        U.S. Probation Officer

Approved:

/s/Jodi L. Gauvin                    06/05/2015
Jodi L. Gauvin                       Date
Supervising U.S. Probation Officer

2